# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mr. Byron Lyons, ) | C/A #:  0:19-cv-02140-HMH-PJG |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING MOTION TO COMPEL** |
| Anthony Dennis; Cpt. Adrea Blanding; Bernard Williams; Major McGainy; Sgt. Richardson; Sgt. Tomlin; Sgt. Evans, ) | |
| Defendants. ) | |

    This matter is before the Court on Defendant Williams Motion to Compel (ECF # 92) records related to an investigation of the matter at the heart of this litigation.  The remaining Defendants, in both their individual and official capacities, responded to the motion to compel admitting that the documents are relevant but asserting that they cannot be released without a court order pursuant to the Prison Rape Elimination Act and HIPPA.  They do not object to the release of the records or to the issuance of a court order directing such.  No objections have been made in response to the motion to compel.

    Therefore, the Court finds that the requested documents are relevant to the case and that a court order for their production is appropriate. For those reasons, the motion to compel is **GRANTED.**

    **IT IS SO ORDERED.**

_____
June 8, 2021                              Paige J. Gossett
Columbia, South Carolina          UNITED STATES MAGISTRATE JUDGE